# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. CHRISTECK and FRANCES L. CHRISTECK<br><br>v.<br><br>C. R. BARD, INC. and DAVOL, INC. | CIVIL ACTION NO. 08-1108<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Davol, Inc.<br>100 Sockanossett Crossroad<br>Cranston, Rhode Island |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Daniel N. Gallucci, Esq.
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk ofthis Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: March 5, 2008 |

(By) Deputy Clerk

Tashia C. Irving
Tashia C. Irving

3057

AO 440 (Rev. 10/93) Summons in a Civil Action

3057

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/21/08 |
| NAME OF SERVER (PRINT) James F Mallinson | TITLE RI Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service accepted by... Robin Drago V.P. at Davol Inc., 100 Sockanossett Crossroads, Cranston, RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/21/08
Date

James F Mallinson 6174
*Signature of Server*

c/o Dennis Richman's Services
1500 JFK Blvd, Ste 1706
Phila PA 19102
*Address of Server* 215-977-9393

X Robin Drago
Robin Drago V.P.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.